1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZACHARY LLOYD KALSO,                    No.  2:24-cv-00467-CKD

12            Plaintiff,

13       v.                                  ORDER AND

14   RUPP, et al.,                           FINDINGS & RECOMMENDATIONS

15            Defendants.

16

17       By order filed August 7, 2024, plaintiff's complaint was dismissed, and thirty days leave

18   to file an amended complaint was granted.  Thirty days from that date have now passed, and

19   plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

20       Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this

21   matter to a district court judge.

22       IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.  See

23   Local Rule 110; Fed. R. Civ. P. 41(b).

24       These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

1   failure to file objections within the specified time may waive the right to appeal the District

2   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  September 18, 2024

4  

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11   12/kals0467.fta

2